RIKER et al. v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Edward L. Riker and others against the North British & Mercantile Insurance Com-

pany of London & Edinburgh. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiffs upon the verdict, with costs.